**No. 09-8687. Elias Sandoval-Rojas, Petitioner v. United States.**

559 U.S. 984, 130 S. Ct. 1717, 176 L. Ed. 2d 200, 2010 U.S. LEXIS 1967.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 349 Fed. Appx. 937.

**No. 09-8689. Baldemar Solis, Petitioner v. United States.**

559 U.S. 984, 130 S. Ct. 1717, 176 L. Ed. 2d 200, 2010 U.S. LEXIS 1951.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 333 Fed. Appx. 865.

**No. 09-8692. Darren Eugene Hankerson, Petitioner v. United States.**

559 U.S. 984, 130 S. Ct. 1717, 176 L. Ed. 2d 200, 2010 U.S. LEXIS 1959.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8693. Jose Hernandez, Petitioner v. United States.**

559 U.S. 984, 130 S. Ct. 1717, 176 L. Ed. 2d 200, 2010 U.S. LEXIS 1912.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8694. Richard Joseph Finley, Petitioner v. United States.**

559 U.S. 984, 130 S. Ct. 1718, 176 L. Ed. 2d 200, 2010 U.S. LEXIS 1988.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 328 Fed. Appx. 480.

**No. 09-8696. Donald G. English, Petitioner v. United States.**

559 U.S. 984, 130 S. Ct. 1718, 176 L. Ed. 2d 200, 2010 U.S. LEXIS 1995.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 589 F.3d 1373.

**No. 09-8702. Steven Landers, Petitioner v. United States.**

559 U.S. 984, 130 S. Ct. 1718, 176 L. Ed. 2d 200, 2010 U.S. LEXIS 1953.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 346 Fed. Appx. 184.

**No. 09-8703. Gabriele Lopez, Petitioner v. United States.**

559 U.S. 984, 130 S. Ct. 1718, 176 L. Ed. 2d 200, 2010 U.S. LEXIS 1949.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 577 F.3d 1053.

**No. 09-8704. Rachel Kaplan, Petitioner v. Mark Mulligan, et al.**

559 U.S. 984, 130 S. Ct. 1718, 176 L. Ed. 2d 200, 2010 U.S. LEXIS 1955.

March 1, 2010. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 74 Mass. App. 1104, 903 N.E.2d 1144.